USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

v.

GLOBAL CUSTOM COMMERCE, INC.

                Defendant.

19-CV-8273 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the COVID-19 crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should submit their joint letter no later than May 11, 2020, as directed in the Case Management Plan and Scheduling Order. Dkt. 12. If the parties are unable to submit their joint letter by May 11, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

Plaintiffs shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    May 8, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge