```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

v.

GLOBAL CUSTOM COMMERCE, INC.

                Defendant.

19-CV-8273 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On May 15, 2020, a post-discovery conference was held in this action. At the conclusion of that conference, the parties were ordered to file a status letter, updating the Court in particular on their settlement efforts, within thirty (30) days. To date, however, the Court has not received that letter. No later than June 23, 2020, the parties shall file a status letter, which shall include an update on their recent settlement efforts.

SO ORDERED.

Dated:    June 19, 2020
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge